**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

JOHN WILLETTE,
       Petitioner,

v.                                                            Case No. 13-C-1451

GARY BOUGHTON, Warden,
Prairie du Chien Correctional Institution,
       Respondent.

---

## ORDER

**IT IS ORDERED** that the respondent shall, on or before **May 30, 2014**, file a letter in response to petitioner's letter of May 13, 2014 (docketed May 16, 2014) and explain why the respondent has not filed a brief in opposition to the petition.

Dated at Milwaukee, Wisconsin, this 27th day of May, 2014.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge