UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN WILLETTE,
        Petitioner,

    v.                                              Case No. 13-C-1451

GARY BOUGHTON, Warden,
Prairie du Chien Correctional Institution,
        Respondent.

---

## ORDER

**IT IS ORDERED** that the respondent shall, on or before **July 7, 2014**, file his brief in response to the petition for a writ of habeas corpus. That is 45 days from the date on which the petitioner's brief was docketed.

Dated at Milwaukee, Wisconsin, this 17th day of June, 2014.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge